**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                        :
UNITED STATES OF AMERICA                :
                                        :    CRIMINAL ACTION
           V.                           :
                                        :    No:  2:20-cr-00202-HB-1
ALEKSANDAR KAVAJA                       :
                                        :
           Defendant                    :
                                        :
_____     :

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the foregoing Petition and upon the Motion for Continuance of Andres Jalon, Esquire, attorney for the Petitioner, it is hereby ORDERED AND DECREED that the Motion for Continuance is granted.

BY THE COURT:


_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO: 2:20-cr-00202-HB-1 |
| ALEKSANDAR KAVAJA | |
| Defendant | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Aleksandar Kavaja, hereby submits this Motion for Continuance of sentencing and in support thereof avers as follows:

1. Mr. Kavaja's sentencing date is scheduled for February 22, 2021.

2. Mr. Kavaja is currently incarcerated at Federal Detention Center (FDC) Philadelphia.

3. FDC Philadelphia is currently experiencing extremely high rates of infection of COVID-19 which has prevented outside visits from attorneys.

4. Counsel has been unable to meet with Mr. Kavaja to prepare him for sentencing, and it is unknown when this lockdown will be lifted allowing counsel to enter the facility.

5. United States Attorneys, Sarah Grieb, Esquire and Jerome Maiatico, Esquire do not object to the continuance.

6. In the interest of justice, Defense Counsel would like to meet with Mr. Kavaja to adequately prepare him for sentencing.

7. Counsel for Defendant respectfully requests a 60-day continuance for Mr. Kavaja's sentencing hearing.

**WHEREFORE,** Defendant, Aleksandar Kavaja, requests that this Honorable Court grant his Motion for Continuance.

/s/ Andres Jalon, Esquire
Andres Jalon, Esquire
Jalon & Associates
1500 John F. Kennedy Blvd., Ste. 1300
Philadelphia, PA 19102
215-844-8444; Fax: 215-985-3610
ajalon@jalonesq.com
*Counsel for Defendant Aleksandar Kavaja*

Dated: February 9, 2021

## **CERTIFICATE OF SERVICE**

I, Andres Jalon, hereby certify that on this 9th day of February 2021, a true and correct copy of the foregoing Motion to Continue Sentencing was served via Electronic Filing System on the below listed persons:

Jerome Maiatico, Esquire
Sarah Grieb, Esquire
Assistant U.S. Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106

/s/ Andres Jalon, Esquire
Andres Jalon, Esquire
Jalon & Associates
1500 John F. Kennedy Blvd., Ste. 1300
Philadelphia, PA 19101
215-844-8444; Fax: 215-985-3610
ajalon@jalonesq.com
*Counsel for Defendant Aleksandar Kavaja*

Dated: February 9, 2021

## CERTIFICATION OF CONCURRENCE

Andres Jalon, Esquire, hereby certifies that Assistant United States Attorney Jerome Maiatico and Sarah Grieb concur with Counsel's request for a continuance.

/s/ Andres Jalon, Esquire

**ANDRES JALON, ESQUIRE**
**JALON & ASSOCIATES**
1500 John F. Kennedy Blvd., Ste. 1300
215-844-8444; Fax: 215-985-3610
ajalon@jalonesq.com
*For Defendant Aleksandar Kavaja*

Dated: February 9, 2021