**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| V. | : | |
| | : | No: 2:20-cr-00202-HB-1 |
| ALEKSANDAR KAVAJA | : | |
| | : | |
| Defendant | : | |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the foregoing Petition and upon the Motion for Continuance of Andres Jalon, Esquire, attorney for the Petitioner, it is hereby ORDERED AND DECREED that the Motion for Continuance is granted.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO: 2:20-cr-00202-HB-1 |
| ALEKSANDAR KAVAJA | |
| Defendant | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Aleksandar Kavaja, hereby submits this Motion for Continuance of sentencing and in support thereof avers as follows:

1. Mr. Kavaja's sentencing date is scheduled for April 28, 2021.

2. Mr. Kavaja is currently incarcerated at Federal Detention Center (FDC) Philadelphia.

3. Counsel for Defendant respectfully requests a 60-day continuance for Mr. Kavaja's sentencing hearing.

4. United States Attorney, Jerome Maiatico, Esquire does not object to the continuance.

**WHEREFORE,** Defendant, Aleksandar Kavaja, requests that this Honorable Court grant his Motion for Continuance.

/s/ Andres Jalon, Esquire
Andres Jalon, Esquire
Jalon & Associates
1500 John F. Kennedy Blvd., Ste. 1300
Philadelphia, PA 19102
215-844-8444; Fax: 215-985-3610
ajalon@jalonesq.com
*Counsel for Defendant Aleksandar Kavaja*

Dated: March 29, 2021

## **CERTIFICATE OF SERVICE**

I, Andres Jalon, hereby certify that on this 29th day of March 2021, a true and correct copy of the foregoing Motion to Continue Sentencing was served via Electronic Filing System on the below listed persons:

Kelly Harrell, Esquire
Jerome Maiatico, Esquire
Assistant U.S. Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106

/s/ Andres Jalon, Esquire
Andres Jalon, Esquire
Jalon & Associates
1500 John F. Kennedy Blvd., Ste. 1300
Philadelphia, PA 19101
215-844-8444; Fax: 215-985-3610
ajalon@jalonesq.com
*Counsel for Defendant Aleksandar Kavaja*

Dated: March 29, 2021

## **CERTIFICATION OF CONCURRENCE**

Andres Jalon, Esquire, hereby certifies that Assistant United States Attorney Jerome Maiatico concurs with Counsel's request for a continuance.

/s/ Andres Jalon, Esquire

**ANDRES JALON, ESQUIRE**
**JALON & ASSOCIATES**
1500 John F. Kennedy Blvd., Ste. 1300
215-844-8444; Fax: 215-985-3610
ajalon@jalonesq.com
*For Defendant Aleksandar Kavaja*

Dated: March 29, 2021