IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ALEKSANDAR KAVAJA | : | NO. 20-202 |

<u>ORDER</u>

AND NOW this 29th day of August, 2022, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Aleksandar Kavaja for compassionate release (Doc. # 77) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.